

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00107-CV

| | | |
|---|---|---|
| In re Tamra Poteet | § | From the 271st District Court |
| | § | of Wise County (CV10-03-232) |
| | § | May 2, 2013 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and is of the opinion that relief should be granted. Accordingly, relator's petition is conditionally granted. Writ will issue only if the trial court fails to vacate its February 28, 2013 order in accordance with this opinion.

It is ordered that real party in interest Brett Poteet pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel